## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DONALD P. JUNGELS | ) |
| | ) No. 17-29623 |
| | ) Chapter 13 (Joliet) |
| Debtor | ) Honorable Pamela S. Hollis |
| | ) Hearing Date: 09/21/2018, 11:00 a.m. |

### AGREED ORDER

This matter coming before the court for hearing on FARMINGTON LAKES ESTATES HOMEOWNERS ASSOCIATION's Motion for Relief from Stay pursuant to Section 362 and Relief from the debtor Stay pursuant to Section 1301 of the Bankruptcy Code, due notice having been given to the parties in interest, the court having jurisdiction of the subject matter and the parties, the parties being in agreement and the court being fully advised,

IT IS HEREBY ORDERED:

1. Through September 2018, there is a balance of $548.50 due and owing to Farmington Lakes Estates Homeowners Association from Debtor for post-petition assessments, late fee, attorney's fees, and court costs.

2. Debtor shall pay this $548.50 balance as follows:

    a. $91.42 shall be paid on or before September 25, 2018;

    b. $91.42 shall be paid on or before October 25, 2018;

    c. $91.42 shall be paid on or before November 25, 2018;

    d. $91.42 shall be paid on or before December 25, 2018;

    e. $91.42 shall be paid on or before January 25, 2019;

    f. $91.40 shall be paid on or before February 25, 2019.

By _____
Rachel Irwin, Attorney for Farmington
Lakes Estates Homeowners Association

By _____
Michelle Mandroiu, Attorney for Debtor

1

3. Additionally, Debtor shall pay their regular annual assessment and all other charges which become due and owing beginning with the 2019 annual assessment and continuing for the pendency of the bankruptcy.

4. Should Debtor default on any of the payments set forth in Paragraphs 2 or 3 above, Farmington Lakes Estates Homeowners Association shall send notice of said default to the Debtor and counsel for Debtor. Debtor shall then have 21 days from the date of the default notice to cure the same.

5. In the event Debtor do not cure any default with respect to the payments set forth in Paragraphs 2 or 3 after notice and within the 21 days provided herein, the automatic stay shall be dissolved without further order of Court and Farmington Lakes Estates Homeowners Association shall be entitled to pursue any and all remedies available to it for the collection of said amounts plus any additional unpaid post-petition amounts.

AGREED TO:

By _____
Rachel Irwin, attorney for Farmington
Lakes Homeowners Association

By _____
Michelle Mandroiu, Attorney for Debtor

SEP 2 1 2018

ENTER:

_____
Bankruptcy Judge
Date:

Attorney No. 6327075
Rachel Irwin
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

2