# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** Pamela S. Hollis

**Date** February 13, 2019

**Bankruptcy Case No.** 17 B 29623

**Adversary No.**

**Title of Case** Donald P. Jungels

**Brief Statement of Motion**  Motion for relief from stay and Co-Debtor stay by HSBC Bank USA, N.A. (EOD #52)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

The above Motion for relief from stay and Co-Debtor stay by HSBC Bank USA, N.A. is Withdrawn.

*/s/ Pamela S. Hollis*